452 A.2d 36

Thompson, Appellant v. Sun Company, Inc.

Argued October 5, 1981. Theodore A. Schwartz, for appellant; Barry Simon, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.

McEWEN, J., concurred in the result.

452 A.2d 36

Wesner v. Wesner, Appellant.

Submitted May 12, 1982. Gary R. Block, for appellant; Ralph W. Kent, for appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Affirmed.